52 A.3d 218

David PAYO, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Lori Kwisnek, and Doctor Joseph Mollura, Appellees.

Supreme Court of Pennsylvania.

Aug. 20, 2012.

## ORDER

PER CURIAM.

AND NOW, this 20th day of August, 2012, the order of the Commonwealth Court is AFFIRMED.